# APPELLANT'S DESIGNATION OF RECORD
Case No.: 10-2348

| RECORD ENTRY NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| 50 | **Defendant's Brief in Support of Motion for Summary Disposition** | 7, 11 |
| | Exhibit O - Kroll email to Osborn | 9 |
| | Exhibit P - Joseph Auffrey, Ph.D. Report Letter | 21 |
| | | |
| 51 | **Plaintiff's Brief in Opposition to Defendant's Motion for Summary Disposition** | |
| | Exhibit 1 - WLAA Personnel Policies | 4, 5 |
| | Exhibit 2 - Kroll Acknowledgment of Receipt of Personnel Policies | 5 |
| | Exhibit 3 - Letter of Commendation | 7 |
| | Exhibit 4 - MDCR/EEOC Complaint | 10 |
| | Exhibit 5 - EEOC Notice of Suit Rights | 11 |
| | Exhibit 6 - EEOC Right to Sue Letter | 11 |
| | Exhibit 8 - EEOC Enforcement Guidance | 15, 26 |
| | Exhibit 9 - Binns Dep. Transcript | 4, 5, 6, 7, 8, 10, 23 |
| | Exhibit 11 - Dresen Dep. Transcript | 4, 5, 8, 20 |
| | Exhibit 13 - Holmstrom Dep. Transcript | 6, 10, 23, 25 |
| | Exhibit 15 - Osborn Dep. Transcript | 6, 9 |
| | Exhibit 17 - Terpstra Dep. Transcript | 6 |
| | | |

| 55 | Defendant's Reply Brief in Support of Defendant's Motion for Summary Judgment | 22 |
|---|---|---|
|  |  |  |
| 57 | Opinion - 08/19/10 | 11, 14, 15, 19, 20, 22, 23, 24 |
|  |  |  |
| 58 | Order Granting Defendants' Motion to Dismiss and for Summary Judgment 08-19-10 | 1 |
|  |  |  |
| 61 | Memorandum Order - 09/20/10 | 1, 17, 18, 19, 22, 23, 24 |
|  |  |  |
| 62 | Notice of Appeal - 10/18/10 | 1 |
|  |  |  |