# United States Court of Appeals
# For the Sixth Circuit

## Oral Argument Acknowledgment

Case No: __10-2348__   Case Caption: Emily Kroll v White Lake Ambulance Authority

I will be presenting oral argument for: ☑ appellant/petitioner   ☐ appellee/respondent   ☐ other

If other, give description: _____

Party Name: Emily Kroll

Counsel's Name: Bradley K. Glazier

Argument Date: March 8, 2012 - 9:00 A.M.

**If you have not previously registered as an ECF filer
and filed an appearance form in this case,
you must do both.**

**Prior to filing, contact the case manager to confirm
that you have been added as counsel <u>before</u> you file this
acknowledgment.**

Docketing Instruction:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment**.

Rev. 10/11